

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00600-CV

Anthony **GONZALES**,
Appellant

v.

**SELENA APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-06113
Honorable Melissa Vara, Judge Presiding

Opinion by:     Lori I. Valenzuela, Justice

Sitting:        Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: December 3, 2025

APPEAL DISMISSED

Appellant's brief was originally due on October 27, 2025. Neither the brief nor a motion for extension of time was filed. Therefore, on November 7, 2025, we ordered appellant to file, no later than November 24, 2025, the brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if he failed to timely file a brief and the written response by November 24, 2025, we would dismiss the appeal for want of prosecution. *See*

TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order). Appellant did not file a response to our November 7th order. Accordingly, we dismiss this appeal for want of prosecution.

Lori I. Valenzuela, Justice